CHESTER E. BECKER, PROSECUTOR, v. HAROLD E. PICK-
ERSGILL, RECORDER, AND THE CITY OF PERTH AM-
BOY, RESPONDENTS.

Decided April 19, 1928.

Before Justices TRENCHARD, KALISCH and KATZENBACH.

For the motion, *Leo S. Lowenkopf.*

*Contra, Harry S. Medinets.*

PER CURIAM.

On March 19th, 1928, a writ of *certiorari* was allowed to
review the conviction of Chester E. Becker for violation of
a certain ordinance of the city of Perth Amboy which provides
for the examination and registration of master electricians
and journeyman electricians, &c. The argument on the writ
will be brought on at the May term, 1928, of this court. The
prosecutor asks that this court grant what he terms a stay
against all further actions by the city of Perth Amboy against
him for violation of the said ordinance until the determina-
tion of the present case. We find no authority which will
permit us to control the action of the city of Perth Amboy
to such an extent. There is no precedent for the allowance
of such a stay. Such a stay does not deal with the present
case. It goes beyond the present proceeding. In view of
the fact that the argument of the present case will take place
within approximately two weeks it is to be presumed that

those in control of the affairs of the city of Perth Amboy in such matters would not be likely to harass the prosecutor by other actions prior to the determination by this court of the present proceeding.

The motion as presented is denied.